ASTORIA FEDERAL MORTGAGE CORPORATION *v.*
ARTHUR MATSCHKE ET AL.

The petition by the named defendant for certification
for appeal from the Appellate Court (AC 29428) is
denied.

*Gregory J. Cava,* in support of the petition.

Decided September 25, 2008

IN RE DAMIEN N.

The petition by the department of children and families for certification for appeal from the Appellate Court
(AC 29909) is granted, limited to the following issue:

"Did the Appellate Court properly dismiss this appeal
for lack of a final judgment where the judgment
appealed was a mandatory injunction removing the
assigned department of children and families' social
worker from a juvenile session case?"

The Supreme Court docket number is SC 18234.

*John E. Tucker,* assistant attorney general, in support
of the petition.

Decided September 25, 2008